**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00458-RBJ-MJW

PETRA BOTELLO,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 8th day of April, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge